

NUMBER 13-18-00488-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JESUS GARZA,                                                                                      Appellant,

v.

MARIO V. RIOS,                                                                                      Appellee.

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION
### Before Justices Rodriguez, Contreras, and Benavides
### Memorandum Opinion by Justice Benavides

Appellant, Jesus Garza, attempted to perfect an appeal from a judgment entered

by the 275th District Court of Hidalgo County, Texas, in cause number C-6403-13-E. We

dismiss for want of jurisdiction.

Judgment in this cause was signed on May 23, 2018 and a motion for new trial was timely filed. Appellant filed a notice of appeal on September 6, 2018. On September 6, 2018, the Clerk of this Court notified appellant that it appeared that the appeal was not timely perfected. Appellant was advised that the appeal would be dismissed if the defect was not corrected within ten days from the date of receipt of the Court's directive. Appellant responded by filing a motion to extend time to file notice of appeal.

Texas Rule of Appellate Procedure 26.1 provides that an appeal is perfected when notice of appeal is filed within thirty days after the judgment is signed, unless a motion for new trial is timely filed. TEX. R. APP. P. 26.1(a)(1). Where a timely motion for new trial has been filed, notice of appeal shall be filed within ninety days after the judgment is signed. *Id.* A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day grace period provided by rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18, 619 (1997).

Pursuant to Texas Rule of Appellate Procedure 26.1, appellant's notice of appeal was due on August 21, 2018, but was not filed until September 6, 2018. Although appellant filed a motion for extension of time to file the notice of appeal, the notice of appeal was filed beyond the fifteen-day grace period. *See* TEX. R. APP. P. 26.3; *Verburgt*, 959 S.W.2d at 617–18. Without a timely filed notice of appeal, the Court lacks jurisdiction over this appeal. *See* TEX. R. APP. P. 25.1.

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, appellant's motion to extend time to file notice of appeal is DENIED and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a).

GINA M. BENAVIDES,
Justice

Delivered and filed the
25th day of October, 2018.